IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Nicholas Dodge Bruesch, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:13-cv-50 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION AND DENYING** |
| Brandi Netolicky, Lyle Mee, and Paul Belisle, | ) | **MOTION FOR ENTRY OF DEFAULT** |
| | ) | |
| Defendants. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff's motion for entry of default be denied (Doc. #26). Plaintiff has not filed an objection. In addition, the defendants timely filed an Answer (Doc. #27).

The Court has reviewed the Report and Recommendation and the entire file, and finds the Magistrate Judge's recommendation is appropriate. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Plaintiff's motion for entry of default (Doc. #25) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 22nd day of January, 2014.

/s/   Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court