IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| Nicholas Dodge Bruesch, | ) | |
| --- | --- | --- |
| | ) | Case No. 3:13-cv-50 |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING REPORT AND** |
| -vs- | ) | **RECOMMENDATION AND DENYING** |
| | ) | **MOTIONS FOR PRELIMINARY** |
| Brandi Netolicky, Lyle Mee, and Paul Belisle, | ) | **INJUNCTION AND ORDER TO SHOW** |
| | ) | **CAUSE** |
| | ) | |
| Defendants. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff Nicholas Dodge Bruesch's motions for a preliminary injunction/temporary restraining order and for an order to show cause be denied (Doc. #36). Bruesch submitted objections to the Report and Recommendation (Doc. #40).

The Court has considered Bruesch's objections. The objections go to the merits of his underlying claim. None of the objections lead the Court to believe that an order to show cause or injunctive relief is warranted. After conducting a *de novo* review of the record, the Court finds the Magistrate Judge's analysis and recommendations are appropriate. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Bruesch's motions for a preliminary injunction/temporary restraining order (Doc. #11) and for an order to show cause (Doc. #14) are **DENIED**. Bruesch may present evidence to support his underlying claim or contention that information has been falsified in a dispositive motion or at trial.

1

**IT IS SO ORDERED.**

Dated this 12th day of March, 2014.

                                               */s/ Ralph R. Erickson*
                                               Ralph R. Erickson, Chief Judge
                                               United States District Court