IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Nicholas Dodge Bruesch,<br><br>        Plaintiff,<br><br>-vs-<br><br>Brandi Netolicky, Lyle Mee, and Paul Belisle,<br><br>        Defendants. | Case No. 3:13-cv-50<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS FOR PRELIMINARY INJUNCTION** |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff Nicholas Dodge Bruesch's motions for a preliminary injunction be denied.[1] Since the filing of the Report and Recommendation, Bruesch has filed a new motion for an order to show cause and for a preliminary injunction and/or temporary restraining order[2] and a motion for the appointment of counsel[3]; however, he has not filed specific objections to the magistrate judge's Report and Recommendations. In addition, Defendants have filed a motion for summary judgment.[4]

After conducting a *de novo* review of the record, the Court finds the magistrate judge's analysis and recommendations are appropriate. To the extent that Bruesch's new motion can be construed as objections to the Report and Recommendation, the Court finds there is nothing presented in that motion that would lead the Court to find

---

[1] Doc. #73.

[2] Doc. #75.

[3] Doc. #74.

[4] Doc. #78.

that the magistrate judge's analysis is incorrect or that injunctive relief is warranted. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Bruesch's motions for a preliminary injunction[5] are **DENIED**.

    **IT IS SO ORDERED.**

Dated this 3rd day of October, 2014.

                                                    /s/   Ralph R. Erickson
                                                    Ralph R. Erickson, Chief Judge
                                                    United States District Court

---

[5] Docs. #44, #58, #62, & #67.