IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Nicholas Dodge Bruesch,<br><br>            Plaintiff,<br><br>-vs-<br><br>Brandi Netolicky, Lyle Mee, and Paul Belisle,<br><br>            Defendants. | Case No. 3:13-cv-50<br><br>**ORDER ADOPTING REPORTS AND RECOMMENDATIONS** |

The court has received two Reports and Recommendations from the Honorable Alice R. Senechal, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that the plaintiff's requests for a preliminary injunction be denied, the defendants' motion for summary judgment be granted, and the plaintiff's complaint be dismissed without prejudice.[1] Plaintiff Nicholas Dodge Bruesch has not filed objections to the Reports and Recommendations within the prescribed time period.

After considering the magistrate judge's reports and also conducting a review of the entire record, the court finds the magistrate judge's analyses and recommendations are appropriate. Accordingly, the court hereby adopts the Reports and Recommendations in their entirety. For the reasons set forth therein, Bruesch's requests for a preliminary injunction[2] are **DENIED**, the defendants' motion for summary judgment[3] is **GRANTED**, and Bruesch's complaint is hereby dismissed without prejudice. In addition, the

---

[1] Doc. #100.

[2] Docs. #75 & 92.

[3] Doc. #78.

1

defendants' motion to continue the trial[4] is hereby **DISMISSED as MOOT**.

**IT IS SO ORDERED.**

Dated this 27th day of February, 2015.

                                                  */s/   Ralph R. Erickson*
                                                  Ralph R. Erickson, Chief Judge
                                                  United States District Court

---

[4] Doc. #94.